IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LUCY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 3:26-cv-00763 |
| JONATHAN SKRMETTI, et al., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Pending before the Court are three motions (collectively, the "Motions") filed by Plaintiff, namely, a "Motion for Preliminary Injunction" (Doc. No. 6), a "Motion for Class Certification" (Doc. No. 7), and a "Motion for Leave to Proceed Pseudonymously" (Doc. No. 8).

Via the Motion for Preliminary Injunction (Doc. No. 6) Plaintiffs "ask the Court to issue a preliminary injunction before July 1 to prevent enforcement of Section 1 [of H.B. 1704] against Plaintiffs and the class." (*Id.* at 2). Due to the time-sensitive nature of this particular requested relief, Defendants are **ORDERED** to file a response to the Motion for Preliminary Injunction within ten (10) days of the entry of this Order. Plaintiffs may (and are encouraged to) file a reply to Defendants' response to the Motion for Preliminary Injunction within five (5) days of the filing of Defendants' response.

As for the other two of the three Motions, they are subject to this Court's general briefing schedule. *See* LR 7.01(a)(3)-(4). The Court notes that it may turn out to be infeasible or inadvisable for it to decide the Motion for Class Certification prior to July 1, 2026. If that motion is not decided prior to July 1, 2026, then any preliminary injective relief that the Court conceivably could award

prior to July 1, 2026 arguably should not or even must not be afforded to anyone other than the two named Plaintiffs (and not to any other individuals, including individuals who are members of the putative class). The parties are encouraged to brief this issue in their respective upcoming briefing; to the extent that they forgo doing so, they proceed at their peril with respect to this issue.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE