LUCY, BENJAMIN, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

Case No. 3:26-cv-763

JONATHAN SKRMETTI, in his official capacity as the Attorney General and Reporter for the State of Tennessee, et al.,

*Defendants*.

**PLAINTIFFS' MOTION TO EXPEDITE MOTION TO SET ASIDE JUDGMENT AND TO FILE FIRST AMENDED COMPLAINT AND MOTION FOR RECONSIDERATION**

Plaintiffs respectfully move to expedite briefing and decision on Plaintiffs' motion to set aside judgment and to file Plaintiffs' first amended complaint, Dkt. 52, and Plaintiffs' motion for reconsideration, Dkt. 55.[1] This Court denied Plaintiffs' motion for a preliminary injunction and class certification and dismissed this case without prejudice on June 26, 2026, Dkts. 47, 48, 49, so Plaintiffs must appeal by July 27, 2026 under the 30 day deadline set by Federal Rule of Appellate Procedure 4(a)(4)(A). The Sixth Circuit has held that "the time to appeal an immediately appealable order does not run until a district court resolves a timely motion for reconsideration of that order," *Blackwell v. Nocerini*, 123 F.4th 479, 485 (6th Cir. 2024), and Plaintiffs have filed a motion for reconsideration of the Court's order. However, in an abundance of caution and to

---

[1] Pursuant to Local Rule 7.01(a)(1), Plaintiffs conferred with counsel for Defendants, who indicated that they oppose this motion.

preserve their opportunity to appeal if necessary, Plaintiffs respectfully move to expedite briefing and decision on Plaintiffs' motion to set aside judgment and to file Plaintiffs' first amended complaint and Plaintiffs' motion for reconsideration. Moreover, because Section 1 of H.B. 1704 is currently in effect and the Court has not yet ruled on the merits of Plaintiffs' preemption claims, Plaintiffs are seeking a ruling as quickly as possible. In any event, Plaintiffs are seeking a ruling by July 24, 2026 to allow Plaintiffs to file a notice of appeal by July 27, 2026 if necessary.

Dated: July 8, 2026

Lucas Cameron-Vaughn (BPR# 036284)
Zee Scout (BPR# 042637)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
lucas@aclu-tn.org
zscout@aclu-tn.org

Noor Zafar*
Grace Choi**
Omar Jadwat**
American Civil Liberties Union
Foundation Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
nzafar@aclu.org
gchoi@aclu.org
ojadwat@aclu.org

/s/ *Hannah Steinberg*
Hannah Steinberg*
Cody Wofsy**
Oscar Sarabia Roman**
Spencer Amdur**
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
hsteinberg@aclu.org
cwofsy@aclu.org
osarabia@aclu.org
samdur@aclu.org

Peter McGraw*
Efrén Olivares*
Kevin Siegel*
National Immigration Law Center
1101 14th Street, Suite 410
Washington, D.C. 20005
Tel: (213) 639-3900
mcgraw@nilc.org
olivares@nilc.org
siegel@nilc.org

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the

Clerk of Court by using the District Court CM/ECF system.  All counsel of record are

participants in the District Court's CM/ECF system.

/s/ *Hannah Steinberg*
Hannah Steinberg

4