**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LUCY, BENJAMIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Attorney General and Reporter for the State of Tennessee, et al.,<br><br>*Defendants*. | Case No. 3:26-cv-763 |

## NOTICE

In light of the Court's order, Dkt. 60, Plaintiffs respectfully inform the Court that they have filed a new case challenging Section 1 of H.B. 1704. The complaint, civil cover sheet, and summonses are attached.

.

Dated: July 17, 2026

Lucas Cameron-Vaughn (BPR# 036284)
Zee Scout (BPR# 042637)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
lucas@aclu-tn.org
zscout@aclu-tn.org

Peter McGraw*
Efrén Olivares*
Kevin Siegel*
National Immigration Law Center
1101 14th Street, Suite 410
Washington, D.C. 20005
Tel: (213) 639-3900
mcgraw@nilc.org
olivares@nilc.org
siegel@nilc.org

_/s/ Hannah Steinberg_
Hannah Steinberg*
Cody Wofsy**
Oscar Sarabia Roman**
Spencer Amdur**
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
hsteinberg@aclu.org
cwofsy@aclu.org
osarabia@aclu.org
samdur@aclu.org

Noor Zafar*
Grace Choi**
Omar Jadwat**
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
nzafar@aclu.org
gchoi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*
*** Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. All counsel of record are participants in the CM/ECF system.

/s/ *Hannah Steinberg*
Hannah Steinberg