**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LUCY, BENJAMIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as the Attorney General and Reporter for the State of Tennessee, et al.,<br><br>*Defendants*. | Case No. 3:26-cv-763 |

**PLAINTIFFS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Lucy and Benjamin hereby file this Notice of Appeal to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1291, from the judgment of the District Court in the above-referenced action dated June 26, 2026, Dkt. No. 49, the Orders of the District Court in the above-referenced action dated June 26, 2026, denying Plaintiffs' motion for preliminary injunction, denying Plaintiffs' motion for class certification, and dismissing the above-referenced action without prejudice, Dkt. Nos. 47, 48, and the Order of the District Court in the above-referenced action dated July 20, 2026, denying Plaintiffs' Motion to Set Aside Judgment and to File First Amended Complaint and denying Plaintiffs' Motion for Reconsideration Or, In the Alternative, Renewed Motion for Preliminary Injunction and Class Certification, Dkt. No. 65.

Dated: July 24, 2026

Lucas Cameron-Vaughn (BPR# 036284)
Zee Scout (BPR# 042637)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
lucas@aclu-tn.org
zscout@aclu-tn.org

Peter McGraw*
Efrén Olivares*
Kevin Siegel*
National Immigration Law Center
1101 14th Street, Suite 410
Washington, D.C. 20005
Tel: (213) 639-3900
mcgraw@nilc.org
olivares@nilc.org
siegel@nilc.org

*/s/ Hannah Steinberg*
Hannah Steinberg*
Cody Wofsy**
Oscar Sarabia Roman**
Spencer Amdur**
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
hsteinberg@aclu.org
cwofsy@aclu.org
osarabia@aclu.org
samdur@aclu.org

Noor Zafar*
Grace Choi**
Omar Jadwat**
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
nzafar@aclu.org
gchoi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*
** *Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. All counsel of record are participants in the CM/ECF system.

/s/ *Hannah Steinberg*_____________
Hannah Steinberg