**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 27, 2026

Hannah Steinberg
American Civil Liberties Union
Center for Democracy
425 California Street
Seventh Floor
San Francisco, CA 94104

Mr. David Wickenheiser
Office of the Attorney General
of Tennessee
500 Charlotte Avenue
Nashville, TN 37219

Re: Case No. 26-5660
*Lucy Benjamin, et al v. Jonathan Skrmetti, et al*
Originating Case No. 3:26-cv-00763

Dear Counsel,

This appeal has been docketed as case number **26-5660** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 10, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5660**

LUCY BENJAMIN, on behalf of themselves and all those similarly situated; BENJAMIN, on behalf of themselves and all those similarly situated

Plaintiffs - Appellants

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General; JEFF LONG, in his official capacity as the Commissioner of Safety and Homeland Security for the State of Tennessee; CHARME P. ALLEN, in their official capacity as the District Attorney General for the Sixth Judicial District of Tennessee; RUSSELL JOHNSON, in his official capacity as the District Attorney General for the Ninth Judicial District of Tennessee; BRYANT C. DUNAWAY, in their official capacity as the District Attorney General for the Thirteenth District of Tennessee; JASON LAWSON, in their official capacity as the District Attorney General for the Fifteenth Judicial District of Tennessee; GLENN R. FUNK, in his official capacity as the District Attorney General for the Twentieth Judicial District of Tennessee; STACEY EDMONSON, in her official capacity as the District Attorney General for the Twenty First Judicial District of Tennessee; RAY CROUCH, in his official capacity as the District Attorney General for the Twenty Third Judicial District of Tennessee; NEIL THOMPSON, in his official capacity as the District Attorney General for the Twenty Fourth Judicial District of Tennessee; MARK EDWARD DAVIDSON, in his official capacity as the District Attorney General for the Twenty Fifth Judicial District of Tennessee; JODY PICKENS, in her official capacity as the District Attorney General for the Twenty Sixth Judicial District of Tennessee; FRED AGEE, in his official capacity as the District Attorney General for the Twenty Eighth Judicial District of Tennessee; STEVEN JOHN MULROY, in his official capacity as the District Attorney General for the Thirtieth Judicial District of Tennessee

Defendants - Appellees